**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1421**

ALFONSO J. DIAZ DEL CASTILLO,

                Plaintiff - Appellant,

     v.

CHARLES JOHNSON, JEH, Secretary of Homeland Security,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:14-cv-01642-LMB-TCB)

Submitted: December 17, 2015     Decided: December 21, 2015

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alfonso J. Diaz Del Castillo, Appellant Pro Se. Dennis Carl Barghaan, Jr., Assistant United States Attorney, Tasha Victoria Gibbs, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfonso J. Diaz del Castillo appeals from the district court's orders dismissing his employment discrimination complaint as untimely filed and denying his motion for leave to file an amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Diaz del Castillo v. Johnson, No. 1:14-cv-01642-LMB-TCB (E.D. Va. Feb. 24, 2015 & Feb. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED